1  Gary R. Selvin, State Bar No. 112030
   Norman Lau, State Bar No. 253690
2  SELVIN WRAITH HALMAN LLP
   505 14th Street, Suite 1200
3  Oakland, CA 94612
   Telephone:    (510) 874-1811
4  Facsimile:    (510) 465-8976
   E-mail:   gselvin@selvinwraith.com
5              nlau@selvinwraith.com

6  Attorneys for Defendants,
   Lexington Insurance Company and National
7  Union Fire Insurance Company of Pittsburgh, PA

IT IS SO ORDERED
Judge Edward J. Davila

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF ILLINOIS; AND TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AQUA PROOF, INC.; B.T. MANCINI COMPANY, INC.; BAY AREA CANVAS, INC.; CONCORD IRON WORKS, INC.; CUPERTINO ELECTRIC, INC.; FIRST SPECIALTY INSURANCE CORPORATION; ET AL.,<br><br>　　　　　Defendants. | CASE NO.: CV 11-03735  EJD<br><br>**STIPULATION TO EXTEND THE TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>Complaint Filed:  July 29, 2011 |

　　　Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 6-1(a) of the Civil Local Rules of the United States District Court, Northern District of California, Plaintiffs Travelers Indemnity Company of Illinois and Travelers Property Casualty Company of America (collectively "Travelers"), on the one hand, and Defendants Lexington Insurance Company and National Union Fire Insurance Company of Pittsburgh, PA, on the other hand, hereby agree and stipulate as follows:

　　　Whereas, Travelers filed a Complaint on July 29, 2011; and

　　　Whereas, Defendants Lexington Insurance Company and National Union Fire Insurance Company of Pittsburgh, PA, response to the Complaint is due September 7, 2011; and

1
**Stipulation to Extend Time to Respond to Complaint**　　　　　　　　　　　　**CASE NO.: CV 11-03735 HRL**

Whereas, Rule 6-1(a) of the Civil Local Rules of the United States District Court, Northern District of California, permits the parties to extend the time within which to answer or otherwise respond to a complaint by stipulation in writing and without Court order, provided the change will not alter the date of any event or any deadline already fixed by Court order; and

Whereas, Travelers and Defendants Lexington Insurance Company and National Union Fire Insurance Company of Pittsburgh, PA, agree that the extension of time for Defendants to file a responsive pleading to the Complaint will not alter the date of any event or any deadline already fixed by Court order; and

Whereas, Travelers and Defendants Lexington Insurance Company and National Union Fire Insurance Company of Pittsburgh, PA, agree that the date by which Defendants shall file a responsive pleading should be extended to September 23, 2011.

SO STIPULATED.

Dated:  9/19/2011                    SELVIN WRAITH HALMAN LLP

By:  /s/  Gary R. Selvin
Gary R. Selvin
Norman Lau
gselvin@selvinwraith.com
nlau@selvinwraith.com
Attorneys for Defendants
Lexington Insurance Company and National
Union Fire Insurance Company of Pittsburgh, PA

Dated:  9/16/2011                    BLACK, COMPEAN, HALL & ELI

By: /s/  see attached signature
Daniel Eli
Kimberly R. Arnal
deli@blackcompeanhall.com
karnal@blackcompeanhall.com
Attorneys for Plaintiffs
Travelers Indemnity Company of Illinois and
Travelers Property Casualty Company of America

96629.doc