JENNIFER A. BECKER  State Bar #121319
ARI A. BARUTH  State Bar #258418
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA 94104
TEL: (415) 397-2222   FAX: (415) 397-6392
jbecker@longlevit.com
abaruth@longlevit.com

Attorneys for Defendant
CUPERTINO ELECTRIC, INC.

IT IS SO ORDERED
Judge Edward J. Davila

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| Travelers Indemnity Company of Illinois; and Travelers Property Casualty Company of America,<br><br>Plaintiff,<br><br>vs.<br><br>Aqua Proof, Inc. B.T. Mancini Company, Inc.; Bay Area Canvas, Inc.; Concord Iron Works, Inc.; Cupertino Electric, Inc.; First Specialty Insurance Corporation; Frederick Meiswinkel, Inc.; Greenwich Insurance Company; Jose Albanese, Inc.; Lexington Insurance Company; Morris Steel Company, Inc.; National Union Fire Insurance Company of Pittsburgh, PA; Pacific Coast Building Products, Inc. dba Alcal Roofing & Insulation; Ray. L. Hellwig Mechanical Company, Inc.; Milo Masonry, Inc.; Royal Glass, Incl; TIG Insurance Company; Westchester Fire Insurance Company; Clarendon American Insurance Company; and DOES 1-100, inclusive,<br><br>Defendants. | CASE No. CV 11-03735EJD<br><br>STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME FOR DEFENDANT CUPERTINO ELECTRIC, INC. TO FILE RESPONSE TO PLAINTIFFS' COMPLAINT<br><br>Action Filed:   July 29, 2011<br><br>(E-Filing) |

/ / /

1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT
No. CV 11-03735EJD

1     Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 6-1(a) of the Civil
2 Local Rules of the United States District Court, Northern District of California, Plaintiffs
3 Travelers Indemnity Company of Illinois and Travelers Property Casualty Company of America
4 (collectively "Travelers"), on the one hand, and Defendant Cupertino Electric, Inc. ("Cupertino"),
5 on the other hand, hereby agree and stipulate as follows:

6     Whereas, Travelers filed a Complaint on July 29, 2011; and

7     Whereas, Cupertino's response to the Complaint is due September 20, 2011; and

8     Whereas, Rule 6-1(a) of the Civil Local Rules of the United States District Court,
9 Northern District of California, permits the parties to extend the time within which to answer or
10 otherwise respond to a complaint by stipulation in writing and without Court order, provided the
11 change will not alter the date of any event or any deadline already fixed by Court order; and

12     Whereas, Travelers and Cupertino agree that the extension of time for Cupertino to file a
13 responsive pleading to the Complaint will not alter the date of any event or any deadline already
14 fixed by Court order; and

15     Whereas, Travelers and Cupertino agree that the date by which Cupertino shall file a
16 responsive pleading should be extended to October 4, 2011.

17     SO STIPULATED.

19 Dated: September 19, 2011      LONG & LEVIT LLP

20      By _____
21      ARI A. BARUTH
     Attorneys for Defendant
     Cupertino Electric, Inc.

23 Dated: September 19, 2011      BLACK, COMPEAN, HALL & ELI, LLP

24      By _____
25      KIMBERLY ARNAL
     Attorneys for Plaintiff
     Travelers

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

DOCS\S7764-009\597169.1      2

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT CUPERTINO ELECTRIC, INC. TO FILE RESPONSE TO PLAINTIFFS' COMPLAINT