Ian R. Feldman (State Bar No. 200308)
Calvin S. Whang (State Bar No. 215945)
CLAUSEN MILLER P.C.
2040 Main Street, Suite 500
Irvine, CA 92614
Telephone (949) 260-3100
Facsimile (949) 260-3190
Email:  ifeldman@clausen.com
Email:  cwhang@clausen.com

Attorneys for Defendant
GREENWICH INSURANCE COMPANY



IT IS SO ORDERED
Judge Edward J. Davila

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Travelers Indemnity Company of Illinois; and Travelers Property Casualty Company of America,<br><br>       Plaintiffs,<br><br>vs.<br><br>Aqua Proof, Inc., et al.,<br><br>       Defendants. | Case No.: CV11-03735-GLF<br><br>**STIPULATION PURSUANT TO LOCAL RULE 6-1(A) EXTENDING TIME FOR GREENWICH INSURANCE COMPANY AND ROYAL GLASS, INC. TO RESPOND TO THE COMPLAINT** |
|---|---|

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 6-1(a) of the Civil Local Rules of the United States District Court, Northern District of California, Plaintiffs Travelers Indemnity Company of Illinois and Travelers Property Casualty Company of America (collectively "Travelers"), on the one hand, and Defendant Greenwich Insurance Company ("Greenwich"), on the other hand, hereby agree and stipulate as follows:

WHEREAS, Travelers filed a Complaint on July 29, 2011;

WHEREAS, Travelers and Greenwich previously agreed to a stipulated extension of

-1-

1  time for Greenwich and Greenwich's insured, Royal Glass, Inc. ("Royal"), to file responsive
2  pleadings to September 23, 2011;
3        WHEREAS, Greenwich informed Travelers of its intent to file Rule 12(b) motion(s)
4  and the parties are meeting and conferring in the hope of avoiding unnecessary motion
5  practice:
6        WHEREAS, Rule 6-1(a) of the Civil Local Rules of the United States District Court,
7  Northern District of California, permits the parties to extend the time within which to answer
8  or otherwise respond to a complaint by stipulation in writing and without Court order,
9  provided the change will not alter the date of any event or any deadline already fixed by
10 Court order;
11       WHEREAS, Travelers and Greenwich agree that the extension of time for Greenwich
12 and Royal, to file responsive pleadings to the Complaint will not alter the date of any event
13 or any deadline already fixed by Court order; and
14       WHEREAS, Travelers and Greenwich agree that the date by which Greenwich and
15 Royal shall file responsive pleadings should be extended to October 14, 2011.
16       SO STIPULATED.
17 DATED:  September 19, 2011          CLAUSEN MILLER P.C.

BY  /s Calvin S. Whang        .
    Ian R. Feldman
    Calvin S. Whang

Attorneys for Defendant
GREENWICH INSURANCE COMPANY

| | | |
|---|---|---|
| 1 | DATED: September 19, 2011 | BLACK, COMPEAN, HALL & ELI, LLP |

BY /s Kimberly R. Arnal .
    Daniel Eli
    Kimberly R. Arnal

Attorneys for Plaintiffs
TRAVELERS INDEMNITY COMPANY OF ILLINOIS and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

-3-
STIPULATION FOR TIME TO RESPOND
CV11-03735-HRL

81573.1-