**IT IS SO ORDERED**
*[signature]*
Judge Edward J. Davila

Jean M. Lawler  (SBN 91254 81067OR)
Carolyn A. Mathews  (SBN 137430)
MURCHISON & CUMMING, LLP
801 South Grand Avenue, Ninth Floor
Los Angeles, California  90017-4613
Telephone:  (213) 623-7400
Facsimile:   (213) 623-6336
E-Mail:     jlawler@murchisonlaw.com
            cmathews@murchisonlaw.com

Attorneys for Defendant,
BAY AREA CANVAS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF ILLINOIS; AND TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>AQUA PROOF, INC., et al.,<br><br>Defendants. | CASE NO. 5:11-cv-03735-EJD<br><br>**STIPULATION ENLARGING TIME FOR BAY AREA CANVAS, INC. TO RESPOND TO OR ANSWER COMPLAINT**<br><br>Complaint Filed:   July 29, 2011<br>Response Now Due: October 7, 2011<br><br>Assigned to:  Hon. Edward J. Davila<br>Magistrate:   Hon. Howard R. Lloyd |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 6-1(a) of the Civil Local Rules of the United States District Court, Northern District of California, Plaintiffs TRAVELERS INDEMNITY COMPANY OF ILLINOIS and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA (collectively "Travelers"), on the one hand, and Defendant BAY AREA CANVAS, INC. ("Bay Area"), on the other hand, hereby agree and stipulate as follows:

**WHEREAS** Travelers filed a Complaint on July 29, 2011; and

**WHEREAS** Bay Area's response to the Complaint is presently due September 23, 2011; and

1

WHEREAS, Rule 6-1(a) of the Civil Local Rules of the United States District Court, Northern District of California, permits the parties to extend the time within which to answer or otherwise respond to a complaint by stipulation in writing and without Court order, provided the change will not alter the date of any event or any deadline already fixed by Court order; and

WHEREAS, Travelers and Bay Area agree that the extension of time for Bay Area to file a responsive pleading or answer to the Complaint will not alter the date of any event or any deadline already fixed by Court order; and

WHEREAS, Travelers and Bay Area agree that the date by which Bay Area shall file a responsive pleading should be extended to October 7, 2011.

SO STIPULATED.

DATED: September 21, 2011        BLACK, COMPEAN, HALL & ELI

                                 By: /s/ K. Arnal
                                     Daniel Eli
                                     Kimberly R. Arnal
                                     Attorneys for Plaintiffs,
                                     TRAVELERS INDEMNITY COMPANY OF
                                     ILLINOIS and TRAVELERS PROPERTY
                                     CASUALTY COMPANY OF AMERICA

DATED: September 21, 2011        MURCHISON & CUMMING, LLP

                                 By: s/ Carolyn A. Mathews
                                     Jean M. Lawler
                                     Carolyn A. Mathews
                                     Attorneys for Defendant.
                                     BAY AREA CANVAS, INC.

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 South Grand Avenue, Ninth Floor, Los Angeles, California 90017-4613.

On September 22, 2011, the document described as **STIPULATION ENLARGING TIME FOR BAY AREA CANVAS, INC. TO RESPOND TO OR ANSWER COMPLAINT** on the interested parties in this action as registered ECF filers pursuant to the United States District Court, Northern District Rules, **and**

**BY MAIL:** I enclosed the document in a sealed envelope or package addressed to the persons at the addresses listed below and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Murchison & Cumming's practice for collecting and processing correspondence for mailing. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one business day after the date of deposit for mailing in this declaration.

| | |
|---|---|
| Chester Garfield Moore III, Esq.<br>**LOW BALL & LYNCH**<br>505 Montgomery Street, 7th Floor<br>San Francisco, CA 94111-2584<br>Telephone: (415) 981-6630<br>Facsimile: (415) 982-1634<br>E-Mail:   cgmoore@lowball.com | Attorneys for Defendant,<br>Pacific Coast Building Products, Inc. |
| James Leo Shea, Esq.<br>**BLEDSOE CATHCART DIESTEL PEDERSEN & TREPPA LLP**<br>601 California Street, 16th Floor<br>San Francisco, CA 94108<br>Telephone: (415) 981-5411<br>Facsimile: (415) 981-0352<br>E-Mail:   jshea@bledsoelaw.com | Attorneys for Defendant,<br>Aqua Proof, Inc. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 22, 2011, at Los Angeles, California.

_____
MARJORIE K. DE JOHNETTE

JML\32722

5:11-cv-03735-HRL