1  STEVEN E. McDONALD (SBN 121949)
   smcdonald@bledsoelaw.com
2  JAMES L. SHEA (SBN 238337)
   jshea@bledsoelaw.com
3  Bledsoe, Cathcart, Diestel, Pedersen, & Treppa, LLP
   601 California Street, 16th Floor
4  San Francisco, CA 94108
   Telephone:  (415) 981-5411
5  Facsimile:  (415) 981-0352

6  Attorneys for Defendant
   AQUA PROOF, INC.

**IT IS SO ORDERED**
Judge Edward J. Davila

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Travelers Indemnity Company of Illinois; and Travelers Property Casualty Company of America, <br><br> Plaintiffs, <br><br> v. <br><br> Aqua Proof, Inc; B.T. Mancini Company, Inc.; Bay Area Canvas, Inc.; Concord Iron Works, Inc.; Cupertino Electric, Inc.; First Specialty Insurance Corporation; Frederick Meiswinkel, Inc.; Greenwich Insurance Company; Jose Albanese, Inc.; Lexington Insurance Company; Morris Steel Company, Inc.; National Union Fire Insurance Company of Pittsburgh PA; Pacific Coast Building Products, Inc. dba Alcal Roofing & Insulation; Ray L. Hellwig Mechanical Company, Inc.; Ray L. Hellwig Plumbing & Heating, Inc.; Milo Masonry, Inc.; Royal Glass, Inc.; TIG Insurance Company; Westchester Fire Insurance Company; Clarendon American Insurance Company; and DOES 1 THROUGH 100, inclusive, <br><br> Defendants. | CASE NO.: CV11-03735 EJD <br><br> **STIPULATION EXTENDING TIME FOR AQUA PROOF, INC.'S RESPONSE TO COMPLAINT** |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 6-1(a) of the Civil

Local Rules of the United States District Court, Northern District of California, Plaintiffs Travelers

Indemnity Company of Illinois and Travelers Property Casualty Company of America (collectively

1
STIPULATION

CASE NO.: CV11-03735

"Travelers"), on the one hand, and Defendant Aqua Proof, Inc. (hereinafter "Aqua"), on the other hand, hereby agree and stipulate as follows:

Whereas, Travelers filed a Complaint on July 29, 2011; and

Whereas, Aqua's response to the Complaint was initially due on September 7, 2011; and

Whereas, on September 6, 2011, Aqua and Travelers entered into a stipulation extending time for Aqua to respond to the complaint until September 23, 2011; and

Whereas, Rule 6-1(a) of the Civil Local Rules of the United States District Court, Northern District of California, permits the parties to extend the time within which to answer or otherwise respond to a complaint by stipulation in writing and without Court order, provided the change will not alter the date of any event or any deadline already fixed by Court order; and

Whereas, Travelers and Aqua agree that the extension of time for Aqua to file a responsive pleading to the Complaint will not alter the date of any event or any deadline already fixed by Court order; and

Whereas, Travelers and Aqua agree that the date by which Aqua shall file a responsive pleading should be extended to October 7, 2011.

SO STIPULATED.

Dated: September 22, 2011

BLACK, COMPEAN, HALL, & ELI LLP

By K. Arnal
Kimberly Arnal, Esq.
Attorney for Plaintiffs Travelers Property Casualty;
Travelers Indemnity Company of Illinois; and
Travelers Property Casualty Company of America

Dated: September 22, 2011

BLEDSOE, CATHCART, DIESTEL, PEDERSEN, & TREPPA, LLP

By _____
Steven E. McDonald, Esq.
James L. Shea, Esq.
Attorneys for Defendant AQUA PROOF, INC.