1   CHESTER G. MOORE, SBN 042480
    RAMSEY F. KAWAR, SBN 213497
2   JENNY LI, SBN 216900
    LOW, BALL & LYNCH
3   505 Montgomery Street, 7th Floor
    San Francisco, California  94111-2584
4   Telephone (415) 981-6630
    Facsimile (415) 982-1634
5
6   Attorneys for Defendant
    PACIFIC COAST BUILDING PRODUCTS, INC.
    dba ALCAL ROOFING & INSULATION
7

**IT IS SO ORDERED**

Judge Edward J. Davila

8               UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA-COUNTY OF SAN JOSE

10

11  TRAVELERS INDEMNITY COMPANY OF          )   Case No. CV11-03735  EJD
    ILLINOIS;and TRAVELERS PROPERTY         )
12  CASUALTY COMPANY OF AMERICA,            )
                                            )   **STIPULATION TO EXTEND THE**
13                      Plaintiff,          )   **TIME WITHIN WHICH TO**
                                            )   **ANSWER OR OTHERWISE**
14          v.                              )   **RESPOND TO THE COMPLAINT**
                                            )
15  AQUA PROOF, INC.; B.T. MANCINI COMPANY, )
    INC.; BAY AREA CANVAS, INC.; CONCORD    )   **JUDGE EDWARD J. DAVILA**
16  IRON WORKS, INC.; CUPERTINO ELECTRIC,   )
    INC.; FIRST SPECIALTY INSURANCE         )   **COMPLAINT FILED:  JULY 29, 2011**
17  CORPORATION;  FREDERICK MEISWINKEL,     )
    INC.; GREENWICH INSURANCE COMPANY;      )
18  JOSE ALBANESE,INC.;  LEXINGTON          )
    INSURANCE COMPANY;  MORRIS STEEL        )
19  COMPANY, INC.;  NATIONAL UNION FIRE     )
    INSURANCE COMPANY OF PITTSBURG PA;      )
20  PACIFIC COAST BUILDING PRODUCTS, INC.;  )
    dba ALCAL ROOFING & INSULATION; RAY L.  )
21  HELLWIG MECHANICAL COMPANY,INC. ;       )
    RAY L. HELLWIG PLUMBING & HEATING,INC.; )
22  MILO MASONRY, INC.;  ROYAL GLASS, INC.; )
    TIG INSURANCE COMPANY;  WESTCHESTER     )
23  FIRE INSURANCE COMPANY;  CLARENDON      )
    AMERICAN INSURANCE COMPANY; and DOES    )
24  1-100,inclusive,                        )
                                            )
25                      Defendants.         )
                                            )
26  _____ )

27          Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 6-1(a) of the Civil Local

28
                                         -1-
    STIPULATION TO EXTEND THE TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE
                                       COMPLAINT

1  Rules of the United States District Court, Northern District of California, Plaintiffs Travelers Indemnity

2  Company of Illinois and Travelers Property Casualty Company of America (collectively "Travelers"), on

3  the one hand, and Defendant Pacific Coast Building Products, Inc. dba Alcal Roofing & Insulation

4  ("Alacal Roofing & Insulation"), on the other hand, hereby agree and stipulate as follows:

5        Whereas, Travelers filed a Complaint on July 29, 2011; and

6        Whereas,  Alcal Roofing & Insulation's, response to the Complaint was due September 8, 2011

7  and was originally extended by stipulation pursuant to Rule 6-1(a) of the Civil Local Rules of the United

8  States District Court, Northern District of California; and

9        Whereas, Travelers and Alcal Roofing & Insulation, agree that an additional extension of time

10  for Alcal to file a responsive pleading to the Complaint will not alter the date of any event or any

11  deadline already fixed by Court, and will facilitate allowing Travelers and Alcal Roofing & Insulation to

12  execute and file a stipulation for Travelers to dismiss this action and file a Complaint in Intervention in a

13  suit filed in the Superior Court of California, 2880 Stevens Creek LLC v. Blach Construction Company;

14  County of Santa Clara, Case No. 109CV149847.

15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

-2-

STIPULATION TO EXTEND THE TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

1    Whereas, Travelers and  Alcal Roofing & Insulation, agree that the date by which Alcal Roofing &

2    Insulation shall file a responsive pleading should be extended to September 30, 2011.

3

4    SO STIPULATED.

5

6    Dated:  September 22, 2011.

7                                                      LOW, BALL & LYNCH

8                                            By

9                                                      CHESTER G. MOORE
                                                       RAMSEY F. KAWAR
10                                                     JENNY LI
                                                       Attorneys for Defendant
11                                                     PACIFIC COAST BUILDING PRODUCTS, INC.
                                                       dba ALCAL ROOFING & INSULATION
12

13

14

15   Dated:  September 22, 2011.

16

17                                                     BLACK, COMPEAN, HALL & ELI

18                                            By K. Arnal

19                                                     DANIEL ELI
                                                       KIMBERLY R. ARNAL
20                                                     Attorney for Plaintiffs
                                                       TRAVELERS PROPERTY CASUALTY, TRAVELERS
21                                                     INDEMNITY COMPANY OF ILLINOIS, AND
                                                       TRAVELERS PROPERTY CASUALTY COMPANY OF
22                                                     AMERICA

23

24

25

26

27

28

-3-

STIPULATION TO EXTEND THE TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

J:\1013\SF0141\Pleadings\Stip-002.wpd                                          Case No.CV11-03735

1

2 **CERTIFICATE OF SERVICE**

3

4       I, the undersigned, certify: that I am, and was at the time of service of the documents herein

5 referred to, over the age of 18 years, and not a party to the action; and I am employed in the County of

6 San Francisco, California.  My business address is 505 Montgomery Street, San Francisco, California

7 94111.

8       On the date executed below, I electronically served the document(s) via CM/ECF described as:

9 DOCUMENT(S):

10       **STIPULATION TO EXTEND THE TIME WITHIN WHICH TO ANSWER OR**
         **OTHERWISE RESPOND TO THE COMPLAINT**
11

12 on the recipients designated on the Transaction Receipt located on the CM/ECF website.  I further certify

13 that I have mailed by USPS the document to the following non CM/ECF participants:

14
   James Leo Shea                                    Jean M. Lawler
15 Beldsoe Cathcart Diestel Pederson & Treppa        Murchison & Cumming, LLP
   601 California Street, 16th Floor                 201 South Grand Avenue, 9th Floor
16 San Francisco, CA 94108                           Los Angeles, CA 90017-4613

17

18
   I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true
19
   and correct and was executed on September 22, 2011, at San Francisco, California.
20

21

22                                             Jeanne Crooks

23

24

25

26

27

28

-1-