L. THEODORE SCHELEY III, ESQ.  BAR#: 148916
CLAPP, MORONEY, BELLAGAMBA,
VUCINICH, BEEMAN and SCHELEY
A PROFESSIONAL CORPORATION
1111 Bayhill Drive, Suite 300
San Bruno, CA  94066
(650) 989-5400  (650) 989-5499 FAX

Attorneys for Defendant
MORRIS STEEL COMPANY, INC.



IT IS SO ORDERED

Judge Edward J. Davila

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| Travelers Indemnity Company of Illinois; and Travelers Property Casualty Company of America | CASE NO.:  CV11-03735EJD |
|---|---|
| Plaintiffs, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| Aqua Proof, Inc; B.T. Mancini Company, Inc.; Bay Area Canvas, Inc.; Concord Iron Works, Inc.; Cupertino Electric, Inc.; First Specialty Insurance Corporation; Frederick Meiswinkel Inc.; Greenwich Insurance Company; Jose Albanese, Inc.; Lexington Insurance Company; Morris Steel Company, Inc.; National Union Fire Insurance Company of Pittsburgh PA; Pacific Coast Building Products, Inc. dba Alcal Roofing & Insulation; Ray L. Hellwig Mechanical Company, Inc.; Ray L. Hellwig Plumbing & Heating, Inc.; Milo Masonry, Inc., Royal Glass, Inc.; TIG Insurance Company; Westchester Fire Insurance Company; Clarendon American Insurance Company; and DOES 1-100, inclusive, | |
| Defendants. | |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 6-1(a) of the Civil

Local Rules of the United States District Court, Northern District of California, Plaintiffs Travelers

Indemnity Company of Illinois and Travelers Property Casualty Company of America (collectively

"Travelers"), on the one hand, and Defendant Morris Steel Company, Inc. (hereinafter "Morris Steel"), on the other hand, by and through their respective counsel of record, hereby agree and stipulate as follows:

WHEREAS, Travelers filed a Complaint on July 29, 2011; and

WHEREAS, Travelers and Morris Steel previously agreed to a stipulated extension of time for Morris Steel to answer or otherwise respond to Travelers' Complaint by September 23, 2011; and

WHEREAS, the parties are currently in the process of meeting and conferring in the hope of avoiding unnecessary motion practice; and

WHEREAS, Rule 6-1(a) of the Civil Local Rules of the United States District Court, Northern District of California, permits the parties to extend the time within which to answer or otherwise respond to a complaint by stipulation in writing and without Court order, provided the change will not alter the date of any event or any deadline already fixed by Court order; and

WHEREAS, Travelers and Morris Steel agree that the extension of time for Morris Steel to file a responsive pleading to the Complaint will not alter the date of any event or deadline already fixed by Court order; and

WHEREAS, Travelers and Morris Steel agree that the date by which Morris Steel shall answer or otherwise respond to Travelers' Complaint should be extended to October 7, 2011.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

---

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

1    SO STIPULATED.

2    DATED: September 22, 2011          BLACK, COMPEAN, HALL & ELI
                                        A Limited Liability Partnership
3

4

5                                       By: _____
                                            KIMBERLY R. ARNAL
6                                           Attorneys for Plaintiffs
                                            TRAVELERS INDEMNITY COMPANY OF
7                                           ILLINOIS and TRAVELERS PROPERTY
                                            CASUALTY COMPANY OF AMERICA
8

9

10   DATED: September 22, 2011          CLAPP, MORONEY, BELLAGAMBA,VUCINICH,
                                        BEEMAN & SCHELEY
11

12

13                                      By: _____
                                            L. THEODORE SCHELEY III
14                                          Attorneys for Defendant
                                            MORRIS STEEL COMPANY, INC.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____
         STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

**Travelers Indemnity Company of Illinois, et al. v. Aqua Proof, Inc., et al.**
U.S. Northern District of California, San Jose County Case No. CV11-03735EJD

**PROOF OF SERVICE - Civil**
[*Code of Civ. Proc. §§ 1011, 1013, 1031a, 2015.5*]

**METHOD OF SERVICE**:

☐ **By Personal Service**   X **By Mail**      ☐ **By Overnight Delivery**
☐ **By Messenger Service**   ☐ **By Facsimile**   ☐ **By E-Mail/Electronic
                                                      Transmission**

1.  I am a citizen of the United States and am employed in the County of San Mateo, State of California.  I am over the age of 18 years and not a party to the within action.

2.  My place of employment is 1111 Bayhill Dr., Suite 300, San Bruno, CA 94066.

3.  On the date set forth below, I caused to be served a true and correct copy of the document(s) described as:

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

4.  I served the documents on the persons below, as follows:

| | |
|---|---|
| *Attorneys for Plaintiffs Travelers Property Casualty; Travelers Indemnity Company of Illinois; and Travelers Property Casualty Company of America* <br> Daniel Eli, Esq. <br> Kimberly E. Arnal, Esq. <br> Black, Compean, Hall & Eli <br> 700 South Flowers Street, Ste 3350 <br> Los Angles, CA 90017 <br> Tel: (213) 629-9500 <br> Fax: (213) 629-4868 <br> Email: deli@blackcompeanhall.com <br> karnal@blackcompeanhall.com | *Attorneys for Defendant TIG Insurance Company* <br> Semha Alwaya, Esq. <br> A. Mark Hom, Esq. <br> Seth W. Wiener, Esq. <br> Law Offices of Semha Alwaya <br> 2200 Powell Street, Suite 1100 <br> Emeryville, CA 94608 <br> Tel: (510) 595-7900 <br> Fax: (510) 595-9049 <br> Email: salwaya@alwayalaw.com |

5.  The documents were served by the following means (specify):

   a.   ☐   **BY PERSONAL SERVICE.**  I personally delivered the documents to the persons at the addresses listed in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.  (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

   b.   X   **BY UNITED STATES MAIL.**  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and (specify one):

G:\Data\DOCS\0311\04412\POS.Master.wpd

(1) ☐     deposited the sealed envelope with the United States Postal Services, with the postage fully prepaid.

(2) **X**     placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with this business's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am resident or employed in the County where the mailing occurred.  The envelope or package was placed in the main at San Bruno, California, County of San Mateo.

c. ☐     **BY OVERNIGHT DELIVERY.**  I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4.  I place the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ☐     **BY MESSENGER SERVICE.**  I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 4 and providing them to a professional messenger service for service.

e. ☐     **BY FAX TRANSMISSION**.  Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 4.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission, which I printed out, is attached.

f. ☐     **BY E-MAIL OR ELECTRONIC TRANSMISSION**.  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the email addresses listed in item 4.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**X**     **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☐     **(Federal)** I declare that I am employed in the offices of a member of the bar of this court at whose direction this service was made.  I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 23, 2011, at San Bruno, California.

_Diana Bustos_

***Proof of Service - Civil***
***[Code of Civ.Proc. §§ 1011, 1013, 1013a, 2015.5]***

G:\Data\DOCS\0311\04412\POS.Master.wpd