

IT IS SO ORDERED
Judge Edward J. Davila
9/26/2011

| | |
|---|---|
| 1 | Gary R. Selvin, State Bar No. 112030 |
| | Norman Lau, State Bar No. 253690 |
| 2 | SELVIN WRAITH HALMAN LLP |
| | 505 14th Street, Suite 1200 |
| 3 | Oakland, CA 94612 |
| | Telephone:    (510) 874-1811 |
| 4 | Facsimile:      (510) 465-8976 |
| | E-mail:   gselvin@selvinwraith.com |
| 5 |              nlau@selvinwraith.com |
| 6 | Attorneys for Defendants, |
| | Lexington Insurance Company and National |
| 7 | Union Fire Insurance Company of Pittsburgh, PA |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF ILLINOIS; AND TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, <br><br> Plaintiffs, <br><br> v. <br><br> AQUA PROOF, INC.; B.T. MANCINI COMPANY, INC.; BAY AREA CANVAS, INC.; CONCORD IRON WORKS, INC.; CUPERTINO ELECTRIC, INC.; FIRST SPECIALTY INSURANCE CORPORATION; ET AL., <br><br> Defendants. | CASE NO.: 5:11-cv-03735-EJD <br><br> Case Assigned To: Honorable Edward J. Davila <br><br> **SECOND STIPULATION TO EXTEND THE TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** <br><br> Complaint Filed:  July 29, 2011 |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 6-1(a) of the Civil Local Rules of the United States District Court, Northern District of California, Plaintiffs TRAVELERS INDEMNITY COMPANY OF ILLINOIS and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA (collectively "Travelers"), on the one hand, and Defendants LEXINGTON INSURANCE COMPANY and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, on the other hand, hereby agree and stipulate as follows:

Whereas, Travelers filed a Complaint on July 29, 2011; and

Whereas, Defendants Lexington Insurance Company and National Union Fire Insurance

1  Company of Pittsburgh, PA, response to the Complaint is due September 23, 2011; and

2  Whereas, Rule 6-1(a) of the Civil Local Rules of the United States District Court, Northern
3  District of California, permits the parties to extend the time within which to answer or otherwise
4  respond to a complaint by stipulation in writing and without Court order, provided the change will not
5  alter the date of any event or any deadline already fixed by Court order; and

6  Whereas, Travelers and Defendants Lexington Insurance Company and National Union Fire
7  Insurance Company of Pittsburgh, PA, agree that the extension of time for Defendants to file a
8  responsive pleading to the Complaint will not alter the date of any event or any deadline already fixed
9  by Court order; and

10  Whereas, Travelers and Defendants Lexington Insurance Company and National Union Fire
11  Insurance Company of Pittsburgh, PA, agree that the date by which Defendants shall file a responsive
12  pleading should be extended to October 7, 2011.

13  SO STIPULATED.

14  Dated: September 21, 2011                    BLACK, COMPEAN, HALL & ELI

16                                               By: /s/ *permission granted by phone 9/21/11*
                                                    Daniel Eli
17                                                  Kimberly R. Arnal
                                                    Attorneys for Plaintiffs
18                                                  Travelers Indemnity Company of Illinois and
                                                    Travelers Property Casualty Company of America

20  Dated: September 23, 2011                    SELVIN WRAITH HALMAN LLP

22                                               By: /s/ Gary R. Selvin
                                                    Gary R. Selvin
23                                                  Norman Lau
                                                    Attorneys for Defendants
24                                                  Lexington Insurance Company and National
                                                    Union Fire Insurance Company of Pittsburgh, PA

26  97098.doc

2
**Second Stipulation to Extend Time to Respond to Complaint     CASE NO.: 5:11-cv-03735-EJD**