1  CHESTER G. MOORE, SBN 042480
   RAMSEY F. KAWAR, SBN 213497
2  JENNY LI, SBN 216900
   LOW, BALL & LYNCH
3  505 Montgomery Street, 7th Floor
   San Francisco, California 94111-2584
4  Telephone (415) 981-6630
   Facsimile (415) 982-1634
5
   Attorneys for Defendant
6  PACIFIC COAST BUILDING PRODUCTS, INC.
   dba ALCAL ROOFING & INSULATION
7

8
                    UNITED STATES DISTRICT COURT
9
        NORTHERN DISTRICT OF CALIFORNIA-COUNTY OF SAN JOSE
10

11
   TRAVELERS INDEMNITY COMPANY OF       )   Case No. CV11-03735 EJD
12 ILLINOIS; and TRAVELERS PROPERTY     )
   CASUALTY COMPANY OF AMERICA,         )
13                                      )   STIPULATION TO EXTEND THE
                Plaintiff,              )   TIME WITHIN WHICH TO ANSWER
14                                      )   OR OTHERWISE RESPOND TO THE
         v.                             )   COMPLAINT
15                                      )
   AQUA PROOF, INC.; B.T. MANCINI COMPANY, )
16 INC.; BAY AREA CANVAS, INC.; CONCORD )      JUDGE EDWARD J. DAVILA
   IRON WORKS, INC.; CUPERTINO ELECTRIC,)
17 INC.; FIRST SPECIALTY INSURANCE      )   COMPLAINT FILED: JULY 29, 2011
   CORPORATION; FREDERICK MEISWINKEL, )
18 INC.; GREENWICH INSURANCE COMPANY; )
   JOSE ALBANESE, INC.; LEXINGTON       )
19 INSURANCE COMPANY; MORRIS STEEL      )
   COMPANY, INC.; NATIONAL UNION FIRE   )
20 INSURANCE COMPANY OF PITTSBURG PA;   )
   PACIFIC COAST BUILDING PRODUCTS, INC.;)
21 dba ALCAL ROOFING & INSULATION; RAY L.)
   HELLWIG MECHANICAL COMPANY, INC.; RAY)
22 L. HELLWIG PLUMBING & HEATING, INC.; MILO )
   MASONRY, INC.; ROYAL GLASS, INC.; TIG )
23 INSURANCE COMPANY; WESTCHESTER FIRE )
   INSURANCE COMPANY; CLARENDON         )
24 AMERICAN INSURANCE COMPANY; and DOES )
   1-100, inclusive,                    )
25                                      )
                Defendants.             )
26 _____)

27      Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 6-1(a) of the Civil Local Rules

28 of the United States District Court, Northern District of California, Plaintiffs Travelers Indemnity Company of

---
-1-
STIPULATION TO EXTEND THE TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

J:\1013\SF0141\Pleadings\Stip-003.wpd                                    Case No.CV11-03735

1. Illinois and Travelers Property Casualty Company of America (collectively "Travelers"), on the one hand, and
2. Defendant Pacific Coast Building Products, Inc. dba Alcal Roofing & Insulation ("Alacal Roofing &
3. Insulation"), on the other hand, hereby agree and stipulate as follows:
4.     Whereas, Travelers filed a Complaint on July 29, 2011; and
5.     Whereas, Alcal Roofing & Insulation's, response to the Complaint was due September 8, 2011 and
6. was originally extended by stipulation twice before pursuant to Rule 6-1(a) of the Civil Local Rules of the
7. United States District Court, Northern District of California; and
8.     Whereas, Travelers and Alcal Roofing & Insulation, agree that an additional extension of time for Alcal
9. to file a responsive pleading to the Complaint will not alter the date of any event or any deadline already fixed
10. by Court, and will facilitate allowing Travelers and Alcal Roofing & Insulation to execute and file a stipulation
11. for Travelers to dismiss this action and file a Complaint in Intervention in a suit filed in the Superior Court of
12. California, <u>2880 Stevens Creek LLC v. Blach Construction Company</u>; County of Santa Clara, Case No.
13. 109CV149847.
14. ///
15. ///
16. ///
17. ///
18. ///
19. ///
20. ///
21. ///
22. ///
23. ///
24. ///
25. ///
26. ///

-2-
STIPULATION TO EXTEND THE TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

J:\1013\SF0141\Pleadings\Stip-003.wpd      Case No.CV11-03735

1  Whereas, Travelers and Alcal Roofing & Insulation, agree that the date by which Alcal Roofing &
2  Insulation shall file a responsive pleading should be extended to October 30, 2011.
3
4  SO STIPULATED.
5
6  Dated: October 5, 2011.
7
8                                          LOW, BALL & LYNCH
9                                          By _____
                                               CHESTER G. MOORE
10                                             RAMSEY F. KAWAR
                                               JENNY LI
11                                             Attorneys for Defendant
                                               PACIFIC COAST BUILDING PRODUCTS, INC.
12                                             dba ALCAL ROOFING & INSULATION
13
14
15
16  Dated: October 5, 2011.
17
                                            BLACK, COMPEAN, HALL & ELI
18
                                            By _____K. Arnal_____
19                                             DANIEL ELI
                                               KIMBERLY R. ARNAL
20                                             Attorney for Plaintiffs
                                               TRAVELERS PROPERTY CASUALTY, TRAVELERS
21                                             INDEMNITY COMPANY OF ILLINOIS, AND
                                               TRAVELERS PROPERTY CASUALTY COMPANY OF
22                                             AMERICA
23
24
25
26
27
28

-3-
STIPULATION TO EXTEND THE TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

# CERTIFICATE OF SERVICE

I, the undersigned, certify: that I am, and was at the time of service of the documents herein referred to, over the age of 18 years, and not a party to the action; and I am employed in the County of San Francisco, California. My business address is 505 Montgomery Street, San Francisco, California 94111.

On the date executed below, I electronically served the document(s) via CM/ECF described as: DOCUMENT(S):

**STIPULATION TO EXTEND THE TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

on the recipients designated on the Transaction Receipt located on the CM/ECF website. I further certify that I have mailed by USPS the document to the following non CM/ECF participants:

James Leo Shea
Beldsoe Cathcart Diestel Pederson & Treppa
601 California Street, 16th Floor
San Francisco, CA 94108

Jean M. Lawler
Murchison & Cumming, LLP
201 South Grand Avenue, 9th Floor
Los Angeles, CA 90017-4613

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct and was executed on October 5, 2011, at San Francisco, California.

Jeanne Crooks

-1-
CERTIFICATE OF SERVICE