| | |
|---|---|
| 1 | Daniel Eli, Esq., State Bar No. 192019 |
| 2 | Kimberly R. Arnal, Esq., State Bar No. 200448 |
| 3 | **BLACK, COMPEAN, HALL & ELI** |
|   | A Limited Liability Partnership |
| 4 | 700 South Flower Street, Ste. 3350 |
|   | Los Angeles, CA 90017 |
| 5 | Telephone: (213) 629-9500 |
| 6 | Facsimile: (213) 629-4868 |
|   | E-mail: deli@blackcompeanhall.com |
| 7 | karnal@blackcompeanhall.com |

IT IS SO ORDERED
Judge Edward J. Davila
10/19/2011

Attorneys for Plaintiffs Travelers Property Casualty; Travelers Indemnity Company of Illinois; and Travelers Property Casualty Company of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – COUNTY OF SAN JOSE

| | |
|---|---|
| Travelers Indemnity Company of Illinois; and Travelers Property Casualty Company of America, <br><br> Plaintiffs, <br><br> vs. <br><br> Aqua Proof, Inc; B.T. Mancini Company, Inc.; Bay Area Canvas, Inc.; Concord Iron Works, Inc.; Cupertino Electric, Inc.; First Specialty Insurance Corporation; Frederick Meiswinkel, Inc.; Greenwich Insurance Company; Jose Albanese, Inc.; Lexington Insurance Company; Morris Steel Company, Inc.; National Union Fire Insurance Company of Pittsburgh PA; Pacific Coast Building Products, Inc. dba Alcal Roofing & Insulation; Ray L. Hellwig Mechanical Company, Inc.; Ray L. Hellwig Plumbing & Heating, Inc.; | Case No. CV11-03735 EJD <br><br> JUDGE EDWARD J. DAVILA <br><br> **STIPULATION FOR DISMISSAL** |

-1-

STIPULATION FOR DISMISSAL

1 Milo Masonry, Inc., Royal Glass, Inc.;)
2 TIG Insurance Company; Westchester)
Fire Insurance Company; Clarendon)
3 American Insurance Company; and)
DOES 1-100, inclusive,                        )
4                                              )
                                               )
5             Defendants.                     )

6

7      **WHEREAS**, Plaintiffs Travelers Indemnity Company of Illinois and
8 Travelers Property Casualty Company of America (collectively "Travelers") wishes
9 to dismiss without prejudice defendants First Specialty Insurance Corporation,
10 Greenwich Insurance Company, Lexington Insurance Company, National Union
11 Fire Insurance Company of Pittsburgh PA, TIG Insurance Company, Westchester
12 Fire Insurance Company and Clarendon American Insurance Company (collectively
13 the "Carrier Defendants") and re-file against them in state.

14     **WHEREAS**, defendant TIG Insurance Company ("TIG") is the only
15 defendant to have appeared in the present action;

16     **WHERAS**, defendant TIG is amenable to Travelers dismissing without
17 prejudice the Carrier Defendants from the present action;

18     **IT IS HEREBY STIPULATED** by and between Travelers and TIG, by and
19 through their designated counsel, that defendants First Specialty Insurance
20 Corporation, Greenwich Insurance Company, Lexington Insurance Company,
21 National Union Fire Insurance Company of Pittsburgh PA, TIG Insurance
22 Company, Westchester Fire Insurance Company and Clarendon American Insurance
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

-2-

STIPULATION FOR DISMISSAL

1  Company are hereby dismissed without prejudice pursuant to FRCP 41(a)(1). TIG
2  further agrees to waive any claim for costs it might have associated with the present
3  action.

5  Dated: October 18, 2011          BLACK, COMPEAN, HALL & ELI
                                     A Limited Liability Partnership

                                     By: s/ Kimberly R. Arnal
                                         Daniel Eli
                                         Kimberly R. Arnal
                                     Attorneys for Plaintiffs Travelers Indemnity
                                     Company of Illinois and Travelers Property
                                     Casualty Company of America

14 Dated: October 17, 2011          LAW OFFICES OF SEMHA ALWAYA
                                     A PROFESSIONAL CORPORATION

                                     By: /s/ Semha Alwaya
                                         Semha Alwaya
                                     Attorneys for Defendant,
                                     TIG Insurance Company

STIPULATION FOR DISMISSAL