Daniel Eli, Esq., State Bar No. 192019
Kimberly R. Arnal, Esq., State Bar No. 200448
**BLACK, COMPEAN, HALL & ELI**
A Limited Liability Partnership
700 South Flower Street, Ste. 3350
Los Angeles, CA 90017
Telephone: (213) 629-9500
Facsimile: (213) 629-4868
E-mail: deli@blackcompeanhall.com
karnal@blackcompeanhall.com

IT IS SO ORDERED
Judge Edward J. Davila
11/9/2011

Attorneys for Plaintiffs Travelers Property Casualty; Travelers Indemnity Company of Illinois; and Travelers Property Casualty Company of America

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Travelers Indemnity Company of Illinois; and Travelers Property Casualty Company of America,<br><br>Plaintiffs,<br><br>vs.<br><br>Aqua Proof, Inc; B.T. Mancini Company, Inc.; Bay Area Canvas, Inc.; Concord Iron Works, Inc.; Cupertino Electric, Inc.; First Specialty Insurance Corporation; Frederick Meiswinkel, Inc.; Greenwich Insurance Company; Jose Albanese, Inc.; Lexington Insurance Company; Morris Steel Company, Inc.; National Union Fire Insurance Company of Pittsburgh PA; Pacific Coast Building Products, Inc. dba Alcal Roofing & Insulation; Ray L. Hellwig Mechanical Company, Inc.; Ray L. Hellwig Plumbing & Heating, Inc.; | Case No. 5:11-CV-03735 EJD<br>JUDGE EDWARD J. DAVILA<br><br>**STIPULATION RE DISMISSAL** |

-1-

STIPULATION RE DISMISSAL

1  Milo Masonry, Inc., Royal Glass, Inc.;)
2  TIG Insurance Company; Westchester)
   Fire Insurance Company; Clarendon)
3  American Insurance Company; and)
4  DOES 1-100, inclusive,            )
                                     )
5           Defendants.              )

6

7     **WHEREAS**, Plaintiffs Travelers Indemnity Company of Illinois and
8  Travelers Property Casualty Company of America (collectively "Travelers") and
9  various defendants to the present action believe it would be more efficient for
10 Travelers to bring its claims against defendants Aqua Proof, Inc., Bay Area Canvas,
11 Inc., B.T. Mancini Co., Concord Iron Works, Inc., Cupertino Electric, Inc.,
12 Frederick Meiswinkel, Inc., Joseph J. Albanese, Inc., Milo Masonry, Inc., Morris
13 Steel Company, Inc., Pacific Coast Building Products, Inc. dba Alcal Roofing &
14 Insulation, Ray L. Hellwig Mechanical Company, Inc., Ray L. Hellwig Plumbing &
15 Heating, Inc., and Royal Glass Company, Inc. (collectively "Subcontractor
16 Defendants") as a complaint-in-intervention in the state court action entitled *2880*
17 *Stevens Creek, LLC v. Blach Construction Company, et al.*, Santa Clara County
18 Superior Court, Case No. 109CV149847 (the "Underlying Action"), as opposed to
19 the present action; and

20    **WHEREAS**, Travelers is amendable to dismissing the entire action without
21 prejudice including defendants First Specialty Insurance Corporation, Greenwich
22 Insurance Company, Lexington Insurance Company, National Union Fire Insurance
23 Company of Pittsburgh PA, TIG Insurance Company, Westchester Fire Insurance
24 Company and Clarendon American Insurance Company (collectively the "Carrier
25 Defendants") and re-filing in state court against the Carrier Defendant and
26 intervening in the Underlying Action against the Subcontractor Defendants;

27    IT IS HEREBY STIPULATED by and between Travelers and Subcontractor
28 Defendants, by and through their designated counsel, that the present action, in its

STIPULATION RE DISMISSAL

entirety, shall be dismissed without prejudice pursuant to FRCP 41(a)(1). The parties to this stipulation further agree to waive any claim for costs they might have associated with the present action.

Dated: October 26, 2011

BLACK, COMPEAN, HALL & ELI
A Limited Liability Partnership

By: /s/ K. Arnal

    Daniel Eli
    Kimberly R. Arnal
Attorneys for Plaintiffs Travelers Indemnity
Company of Illinois and Travelers Property
Casualty Company of America

Dated: October ___, 2011

**BLEDSOE, CATHCART, DIESTEL, PEDERSEN & TREPPA, LLP**

By: _____
    Steven E. McDonald
    James L. Shea
Attorneys for Defendant, AQUA PROOF, INC.

Dated: October ___, 2011

**MURCHISON & CUMMING, LLP**

By: _____
    Jean M. Lawler
    Carolyn A. Mathews
Attorneys for Defendant,
BAY AREA CANVAS, INC.

Dated: October 26, 2011

**LONG & LEVIT LLP**

By: /s/ A. Baruth
    Ari A. Baruth
Attorney for Defendant,
CUPERTINO ELECTRIC, INC.

entirety, shall be dismissed without prejudice pursuant to FRCP 41(a)(1). The parties to this stipulation further agree to waive any claim for costs they might have associated with the present action.

Dated: October ___, 2011

**BLACK, COMPEAN, HALL & ELI**
A Limited Liability Partnership

By: _____
    Daniel Eli
    Kimberly R. Arnal
Attorneys for Plaintiffs Travelers Indemnity Company of Illinois and Travelers Property Casualty Company of America

Dated: October 27 2011

**BLEDSOE, CATHCART, DIESTEL, PEDERSEN & TREPPA, LLP**

By: _____
    Steven E. McDonald
    James L. Shea
Attorneys for Defendant, AQUA PROOF, INC.

Dated: October ___, 2011

**MURCHISON & CUMMING, LLP**

By: _____
    Jean M. Lawler
    Carolyn A. Mathews
Attorneys for Defendant,
BAY AREA CANVAS, INC.

Dated: October ___, 2011

**LONG & LEVIT LLP**

By: _____
    Ari A. Baruth
Attorney for Defendant,
CUPERTINO ELECTRIC, INC.

entirety, shall be dismissed without prejudice pursuant to FRCP 41(a)(1). The parties to this stipulation further agree to waive any claim for costs they might have associated with the present action.

Dated: October ___, 2011           BLACK, COMPEAN, HALL & ELI
                                    A Limited Liability Partnership

                                    By: _____
                                         Daniel Eli
                                         Kimberly R. Arnal
                                    Attorneys for Plaintiffs Travelers Indemnity
                                    Company of Illinois and Travelers Property
                                    Casualty Company of America


Dated: October ___, 2011           BLEDSOE, CATHCART, DIESTEL,
                                    PEDERSEN & TREPPA, LLP

                                    By: _____
                                         Steven E. McDonald
                                         James L. Shea
                                    Attorneys for Defendant, AQUA PROOF,
                                    INC.


Dated: October ___, 2011           MURCHISON & CUMMING, LLP

                                    By: /s/ Carolyn A. Mathews
                                         Jean M. Lawler
                                         Carolyn A. Mathews
                                    Attorneys for Defendant,
                                    BAY AREA CANVAS, INC.


Dated: October ___, 2011           LONG & LEVIT LLP

                                    By: _____
                                         Ari A. Baruth
                                    Attorney for Defendant,
                                    CUPERTINO ELECTRIC, INC.

-3-

STIPULATION RE DISMISSAL

| | | |
|---|---|---|
| 1 | Dated: October 27, 2011 | MURCHINSON & CUMMING, LLP |
| 2 | | By: _____ |
| 3 | | ~~David M. Hall~~ |
| 4 | | Attorney for Defendant, JOSE ALBANESE, INC. |

Dated: October ___, 2011

**CLAPP, MORONEY, BELLAGAMBA, VUCINICH, BEEMAN & SCHELEY**

By: _____
 L. Theodore Scheley III
 April Santos
Attorneys for Defendant,
MORRIS STEEL COMPANY, INC.

Dated: October ___, 2011

**LOW, BALL & LYNCH**

By: _____
 Chester G. Moore
 Ramsey F. Kawar
 Jenny Li
Attorneys for Defendant,
PACIFIC COAST BUILDING PRODUCTS
Inc. dba ALCAL ROOFING &
INSULATION

Dated: October ___, 2011

**KRAMER, DeBOAR, ENDELICATO & KEANE**

By: _____
 Sandra Calin
Attorney for Defendant,
ROYAL GLASS COMPANY, INC.

data\spt\4755\stipulation re dismissal - subcontractors

| | | |
|---|---|---|
| 1 | Dated: October ___, 2011 | **MURCHINSON & CUMMING, LLP** |
| 2 | | |
| 3 | | By: _____ |
| | | David M. Hall |
| 4 | | Attorney for Defendant, |
| 5 | | JOSE ALBANESE, INC. |
| 6 | | |
| 7 | Dated: October 28, 2011 | **CLAPP, MORONEY, BELLAGAMBA, VUCINICH, BEEMAN & SCHELEY** |
| 8 | | |
| 9 | | By: _____ |
| 10 | | L. Theodore Scheley III |
| | | April Santos |
| 11 | | Attorneys for Defendant, |
| 12 | | MORRIS STEEL COMPANY, INC. |
| 13 | | |
| 14 | Dated: October ___, 2011 | **LOW, BALL & LYNCH** |
| 15 | | |
| 16 | | By: _____ |
| | | Chester G. Moore |
| 17 | | Ramsey F. Kawar |
| | | Jenny Li |
| 18 | | Attorneys for Defendant, |
| 19 | | PACIFIC COAST BUILDING PRODUCTS |
| 20 | | Inc. dba ALCAL ROOFING & INSULATION |
| 21 | | |
| 22 | Dated: October ___, 2011 | **KRAMER, DeBOAR, ENDELICATO & KEANE** |
| 23 | | |
| 24 | | By: _____ |
| 25 | | Sandra Calin |
| | | Attorney for Defendant, |
| 26 | | ROYAL GLASS COMPANY, INC. |
| 27 | | |
| 28 | data\spt\4755\stipulation re dismissal - subcontractors | |

```
 1  Dated: October ___, 2011         MURCHINSON & CUMMING, LLP
 2
                                     By: _____
 3                                       David M. Hall
 4                                   Attorney for Defendant,
                                     JOSE ALBANESE, INC.
 5
 6
 7  Dated: October ___, 2011         CLAPP, MORONEY, BELLAGAMBA,
                                     VUCINICH, BEEMAN & SCHELEY
 8
 9                                   By: _____
                                         L. Theodore Scheley III
10                                       April Santos
11                                   Attorneys for Defendant,
                                     MORRIS STEEL COMPANY, INC.
12
13
14  Dated: October 21, 2011          LOW, BALL & LYNCH
15                                   By: _____
16                                       Chester G. Moore
                                         Ramsey F. Kawar
17                                       Jenny Li
18                                   Attorneys for Defendant,
                                     PACIFIC COAST BUILDING PRODUCTS
19                                   Inc. dba ALCAL ROOFING &
20                                   INSULATION
21
22  Dated: October ___, 2011         KRAMER, DeBOAR, ENDELICATO
                                     & KEANE
23
24                                   By: _____
                                         Sandra Calin
25
                                     Attorney for Defendant,
26                                   ROYAL GLASS COMPANY, INC.
27
28  data\spt\4755\stipulation re dismissal - subcontractors
```

-4-

STIPULATION RE DISMISSAL

| | | |
|---|---|---|
| 1 | Dated: October ___, 2011 | **MURCHINSON & CUMMING, LLP** |
| 2 | | |
| 3 | | By: _____ |
| | | David M. Hall |
| 4 | | Attorney for Defendant, |
| | | JOSE ALBANESE, INC. |

Dated: October ___, 2011     **CLAPP, MORONEY, BELLAGAMBA, VUCINICH, BEEMAN & SCHELEY**

By: _____
    L. Theodore Scheley III
    April Santos
Attorneys for Defendant,
MORRIS STEEL COMPANY, INC.

Dated: October ___, 2011     **LOW, BALL & LYNCH**

By: _____
    Chester G. Moore
    Ramsey F. Kawar
    Jenny Li
Attorneys for Defendant,
PACIFIC COAST BUILDING PRODUCTS
Inc. dba ALCAL ROOFING &
INSULATION

Dated: October 27, 2011     **KRAMER, DeBOAR, ENDELICATO & KEANE**

By: _____/s/_____
    Sandra Calin
Attorney for Defendant,
ROYAL GLASS COMPANY, INC.

data\spt\4755\stipulation re dismissal - subcontractors

-4-

STIPULATION RE DISMISSAL