1  Daniel Eli, Esq., State Bar No. 192019
2  Kimberly R. Arnal, Esq., State Bar No. 200448
   **BLACK, COMPEAN, HALL & ELI**
3  A Limited Liability Partnership
4  700 South Flower Street, Ste. 3350
   Los Angeles, CA 90017
5  Telephone:  (213) 629-9500
6  Facsimile:  (213) 629-4868
   E-mail:  deli@blackcompeanhall.com
7           karnal@blackcompeanhall.com

*IT IS SO ORDERED*
*Judge Edward J. Davila*
1/19/2012

9  Attorneys for Plaintiffs Travelers Property Casualty; Travelers Indemnity Company
10 of Illinois; and Travelers Property Casualty Company of America

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Travelers Indemnity Company of Illinois; and Travelers Property Casualty Company of America,<br><br>    Plaintiffs,<br><br>vs.<br><br>Aqua Proof, Inc; B.T. Mancini Company, Inc.; Bay Area Canvas, Inc.; Concord Iron Works, Inc.; Cupertino Electric, Inc.; First Specialty Insurance Corporation; Frederick Meiswinkel, Inc.; Greenwich Insurance Company; Jose Albanese, Inc.; Lexington Insurance Company; Morris Steel Company, Inc.; National Union Fire Insurance Company of Pittsburgh PA; Pacific Coast Building Products, Inc. dba Alcal Roofing & Insulation; Ray L. Hellwig Mechanical Company, Inc.; Ray L. Hellwig Plumbing & Heating, Inc.; | Case No. 5:11-CV-03735 EJD<br>JUDGE EDWARD J. DAVILA<br><br>**REQUEST FOR DISMISSAL** |

-1-

REQUEST FOR DISMISSAL

Milo Masonry, Inc., Royal Glass, Inc.;)
TIG Insurance Company; Westchester)
Fire Insurance Company; Clarendon)
American Insurance Company; and)
DOES 1-100, inclusive, )
)
          Defendants. )

**WHEREAS**, Plaintiffs Travelers Indemnity Company of Illinois and Travelers Property Casualty Company of America (collectively "TRAVELERS") filed a Stipulation for Dismissal on October 14, 2011 dismissing Clarendon American Insurance Company, First Specialty Insurance Corporation, Greenwich Insurance Company, Lexington Insurance Company, National Union Fire Insurance Company of Pittsburg, PA, TIG Insurance Company and Westchester Fire Insurance Company.

**WHEREAS,** TRAVELERS filed a Stipulation re Dismissal on November 8, 2011 dismissing Aqua Proof, Inc., Bay Area Canvas, Inc., Cupertino Electric, Inc., J. Albanese, Inc., Morris Steel Company, Inc., Pacific Coast Building Products, Inc. dba Alcal Roofing & Insulation Company and Royal Glass Company, Inc.

**WHEREAS,** TRAVELERS wishes to dismiss all of the remaining defendants in this action;

**WHEREAS,** the following remaining defendants have not appeared in this action: B.T. Mancini Company, Inc., Concord Iron Works, Inc., Frederick Meiswinkel, Inc., Milo Masonry, Inc., Ray L. Hellwig Plumbing & Heating, Inc. and Ray L. Hellwig Mechanical Company, Inc.

TRAVELERS hereby dismisses, without prejudice, the remaining Defendants: B.T. Mancini Company, Inc., Concord Iron Works, Inc., Frederick Meiswinkel, Inc., Milo Masonry, Inc., Ray L. Hellwig Plumbing & Heating, Inc. and Ray L. Hellwig Mechanical Company, Inc.

/// The Clerk shall close this file.

Dated: January 13, 2012      **BLACK, COMPEAN, HALL & ELI**
A Limited Liability Partnership

By:   /s/ Kimberly R. Arnal
    Daniel Eli, Esq.
    Kimberly R. Arnal, Esq.
Attorneys for Plaintiffs Travelers Indemnity Company of Illinois and Travelers Property Casualty Company of America

data\spt\4755\request for dismissal

# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 700 South Flower Street, Suite 3350, Los Angeles, California 90017.

On January 13, 2012, I served the foregoing document described as: **REQUEST FOR DISMISSAL** on the interested parties in this action as registered ECF filers pursuant to the United States District Court, Northern District Rules.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 13, 2012 at Los Angeles, California.

_____/s/_____
Judy Jaramillo

data\spt\4755\pos